IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff


     -v-                                09-CR-198S

RICHARD S. PICCOLI, and
GEN-SEE CAPITAL CORPORATION also known
as Gen Unlimited,

              Defendants.

---

## ORDER AUTHORIZING DISCOVERY

The Government has moved under Fed. R. Crim. P. 32.2(c)(1)(B) for an Order authorizing discovery to resolve factual issues regarding third party claims of ownership or interest in properties subject to forfeiture in the action United States V. Richard S. Piccoli and Gen-see Capital Corporation, a/k/a Gen Unlimited; 09-CR-198-S.


The Court finds, based on the Government's submission, and after consideration of the opposition filed by Claimant Richard J. Piccoli, that such discovery is necessary or desirable under Crim. R. 32.2(c)(1)(B) to resolve factual issues concerning any third

party claims of ownership or interest in properties subject to forfeiture.

IT IS HEREBY ORDERED THAT the government's Motion for Discovery (Docket No. 28) is GRANTED.

FURTHER, that pursuant to Fed. R. Crim. P. 32.2, the United States may conduct discovery with any third party petitioners in accordance with the Federal Rules of Civil Procedure, for the purpose set forth above.

SO ORDERED.

Dated:      September 1, 2009
            Buffalo, New York


                              /s/William M. Skretny
                              WILLIAM M. SKRETNY
                              UNITED STATES DISTRICT JUDGE