**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                        1:09-CR-00198-001

**RICHARD S. PICCOLI,**

        **Defendant.**

---

## ORDER

Upon due and careful consideration of the pleadings filed herein regarding an Order directing the net sales proceeds from 1364 Union Road, West Seneca, New York to be applied to the defendant's outstanding restitution balance;

**IT IS HEREBY ORDERED** that Christopher C. Willett, Esq., the signatory on the Attorney Trust Account of Donald McKenna, Esq., deceased, pay the net sales proceeds in the amount of $49,298.26 from the sale of 1364 Union Road, West Seneca, New York to the United States District Court Clerk, Western District of New York to be applied to the defendant's outstanding restitution balance; and it is further

**ORDERED,** that the request of Raymond F. Pfeiffer, Esq. seeking an additional attorney fee in the sum of $500.00 to be made payable to Lillenstein & Pfeiffer, be denied.

SO ORDERED.

Dated: October 17, 2012
        Buffalo, NY

                                              /s/William M. Skretny
                                              WILLIAM M. SKRETNY
                                                      Chief Judge
                                              United States District Court